

# Missouri Court of Appeals
## Southern District

**SEPTEMBER 4, 2014**

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b).

1.    Case No.  SD32911

      Re:    STATE OF MISSOURI,
             Plaintiff-Respondent,
             v.
             DAVID MICHAEL HAMILTON,
             Defendant-Appellant.